1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  THE LINCOLN NATIONAL LIFE INSURANCE COPANY, an Indiana 12  corporation,, | ) CASE NO.: CV 09 3674 MHP )  ) Judge Marilyn H. Patel ) |
| 13            Plaintiff-in-Interpleader, | ) ) [~~PROPOSED~~] ORDER APPROVING |
| 14       vs. | ) STIPULATION OF THE PARTIES FOR: ) |
| 15  RICHARD HAHN, an individual; CYNTHIA     BALCOLM, an individual; and DOES 1-10, 16  inclusive,, | ) 1. DISTRIBUTION OF INTERPLEADED )    FUNDS; ) ) 2. DISCHARGE AND DISMISSAL WITH |
| 17            Defendants-in-Interpleader. | )    PREJUDICE; ) |
| 18 19 | ) 3. AWARD OF ATTORNEYS' FEES AND )    COSTS TO THE LINCOLN NATIONAL )    LIFE INSURANCE COMPANY IN THE )    AMOUNT OF $5,600; AND |
| 20 21 | ) ) 4. PERMANENT INJUNCTION ) |
| 22 | ) [Filed concurrently with Stipulation] ) ) |
| 23 | ) Complaint Filed:   August 11, 2009 |

24
25
26
27
28  i:\office\10564\007\09pleadings\proposed order granting stip re dismissal.doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

[PROPOSED] ORDER APPROVING STIPUATION FOR (A) DISTRIBUTION; (2) DISCHARGE AND DISMISSAL
WITH PREJUDICE; (3) AWARD OF ATTORNEYS' FEES AND COSTS; AND (4) PERMANENT INJUNCTION
CASE NO. CV 09 3674 MHP

Having considered the Stipulation of Plaintiff-in-Interpleader, The Lincoln National Life Insurance Company ("Lincoln"), and Defendants-in-Interpleader Richard Hahn ("Hahn") and Cynthia Balcom ("Balcom"), (Hahn and Balcom are sometimes collectively referred to as "Defendants-in-Interpleader"), the Court ORDERS as follows:

1. That Lincoln and its agents are discharged of all liability with respect to the group policy of insurance, no. GL000010075917 issued by Lincoln to Knape & Vogt Manufacturing Co., of which Betty O'Connor (the "Deceased") was a certificate holder entitling her to life insurance coverage in the amount of $30,000 (the "Policy"), and out of which the above-referenced interpleader action arises;

2. That Defendants-in-Interpleader and each of them, their agents, attorneys or assigns, are enjoined perpetually, restraining each of them, their agents, attorneys or assigns, from instituting any suit at law or equity, or any action of any kind whatsoever, against Lincoln, and its agents, with respect to the Policy or the proceeds of the Policy;

3. That Lincoln is dismissed from this action with prejudice as to all claims relating to the Policy proceeds and the Policy issued by Lincoln to Knape & Vogt Manufacturing Co., of which the Deceased was a certificate holder entitling her to life insurance coverage in the amount of $30,000;

4. That Lincoln will receive its reasonable attorneys' fees and costs in the amount of $5,600 which Lincoln was forced to incur in bringing the instant interpleader action, and which amount is to be paid from the Policy proceeds currently on deposit with this Court in the amount of $30,230.14 (death benefit plus interest);

6. That, pursuant to the settlement reached between Defendants-in-Interpleader, Hahn will receive seventy-five percent of the total benefit amount on the life of the Deceased (less Lincoln's fees and costs) in the total amount of $18,472.60, which is currently on deposit with the Court registry; and

7. That, pursuant to the settlement reached between Defendants-in-Interpleader, Balcom will receive twenty-five percent of the total benefit amount on the life of the Deceased (less Lincoln's fees and costs) in the total amount of $6,157.54, which is currently on deposit with the Court registry.

**IT IS SO ORDERED.**

Dated: __10/26_____, 2009



IT IS SO ORDERED
Judge Marilyn H. Patel

BARGER & WOLEN LLP
833 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-3-
[PROPOSED] ORDER APPROVING STIPUATION FOR (A) DISTRIBUTION; (2) DISCHARGE AND DISMISSAL WITH PREJUDICE; (3) AWARD OF ATTORNEYS' FEES AND COSTS; AND (4) PERMANENT INJUNCTION
CASE NO. CV 09 3674 MHP